# In the United States Court of Federal Claims

Michael E. Childs

_____
**Plaintiff(s),**

v.
Barclay Credit Card,
~~THE UNITED STATES,~~
Mercury Credit Card, Experian LLC
Trans Union LLC, and
**Defendant.**
Equifax LLC

Case No. _____

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.*, 28 U.S.C. §§ 1491-1509).

The above defendants willfully violated plaintiff rights, pursuant to the Fair Credit Relief Act. Defendants were made aware of such violations by written correspondence on several opportunities. These violations have been raised with the Consumer Protection Bureau Complaints # 210601-6678317, 210601-6678481 and 210601-6678482 on 6-1-2021. Attached find correspondence from both Barclay and Mercury Credit Card Companies

2. **PARTIES**

Plaintiff, Michael E. Childs, resides at 5926 N. Warnock Street
(Street Address)

Philadelphia, Pennsylvania 19141    267-997-5131
(City, State, ZIP Code)                    (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____
_____
_____

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?    ◯ Yes  ⊗ No

If yes, please list the case(s) below, including case number(s):

_____

3. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

On or about 2015 Plaintiff was a Barclay Credit Card holder, on or about September of 2018 Barclay sold the account to Mercury Credit Card. Plaintiff was applying for a loan when he noticed a late date 7/2017 being reported by Mercury Credit Card. Plaintiff disputed this late with both companies before disputing with the three credit bureas. Plaintiff requested a full payment history from both companies, only recieved as follows; Barclay statements 2018 (Nothing Else) and Mercury statements 9/2018 til present. Defendants failed as furnisher of data, too delet incorrect information and credit bureas failed to correctly investigate such pursuant to Rule 602 of the Fair Credit Relief Act.

4. **RELIEF.** Briefly state exactly what you want the court to do for you.

Inaccuracy deleted immiditely, $1,000 Compensatory damages individually, $250,000.00 punitive damages from both "Barclay Credit Card" and "Mercury Credit Card" individually.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11th__ day of __July__, __2021__.
(day)            (month)         (year)

_Michael E. Childs_
Signature of Plaintiff(s)


# BARCLAYS

P.O. Box 8803, Wilmington, DE 19899

April 09, 2021

Michael Childs
5926 N Warnock Street
Philadelphia, PA 19141

Re: Inquiry for Barclaycard Rewards account

CC: Michael Childs

This is in response to the letter that you submitted to Barclays Credit Bureau Disputes Team.

As of September 21, 2018, this account has been purchased by First Bank & Trust. For any future inquiries, please contact First Bank & Trust in regards to your concerns.

Card Services
Attn: Mercury Card/FB&T Credit Bureau Disputes
PO Box 84064
Columbus, GA 31908

Sincerely,

Credit Bureau Disputes Team

Barclays Bank Delaware • Wilmington, Delaware

Card Services
Po Box 84064
Columbus, Ga    31908-4064

June 09, 2021

Michael Childs
Apt 1                          **N0000487
5926 N Warnock St
Philadelphia, PA    19141-3717

Your account ending in 2618

Dear Michael Childs,

Thank you for your request for a credit report amendment.  We regret to inform you that we were unable to fulfill your request to amend your credit files.  The disputed information reflected on your credit file is accurate and does not reflect a bank error.

We are required to accurately report credit history to the consumer credit reporting agencies.

Sincerely,

Card Services
866-686-2158
WWW.MERCURYCARDS.COM

This card is issued by First Bank & Trust, Brookings, SD pursuant to a license by Mastercard International.

Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

CBRRCR/20210610/CCZH3M12/9245/ZH3///001001/B/36601610 - 000487 - 0001 - 0001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Card Services
Attn: Mercury Card/FB&T
Credit Bureau
P.O. Box 84064
Columbus, GA 31908

9590 9402 6579 1028 1165 32

2. Article Number (Transfer from service label)

7019 2280 0001 5013 1635

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Laura Hanor_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

CARD SERVICES
PO BOX 84064
COLUMBUS, GA 31908

MICHAEL CHILDS
APT 1
5926 N WARNOCK ST
PHILADELPHIA, PA 19141-371726



Michael Childs
926 N. Warnock St.
Phila, PA. 19141

PHILADELPHIA PA 190
13 JUL 2021 PM 7 L

U.S. Clerk of Court
601 Market Street
Phila, PA. 19106

J.G.M.S.
X-RAY

19106-172599